**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6635**

JULIE ANN WOODEL,

        Petitioner - Appellant,

    v.

LESLIE COOLEY DISMUKES, Secretary, North Carolina Department of Adult Correction,

        Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:25-cv-00003-MR)

Submitted:  October 2, 2025                Decided:  October 10, 2025

Before AGEE, WYNN, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julie Ann Woodel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julie Ann Woodel, a former North Carolina pretrial detainee, appeals the district court's order dismissing her 28 U.S.C. § 2241 petition as moot. We have reviewed the record and find no reversible error in the district court's determination that Woodel's release from custody mooted her petition. Accordingly, we deny Woodel's motion for a stay and to remand. We further affirm the district court's judgment. *Woodel v. Dismukes*, No. 5:25-cv-00003-MR (W.D.N.C. July 23, 2025).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although a certificate of appealability generally is required to appeal "the final order in a habeas corpus proceeding," 28 U.S.C. § 2253(c)(1)(A), we conclude that no certificate of appealability is required here because the district court's dismissal on mootness grounds is unrelated to the merits of the § 2241 petition. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *United States v. McRae*, 793 F.3d 392, 399-400 (4th Cir. 2015).